

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Emily Elizabeth Harris,

\* From the 446th District Court
  of Ector County,
  Trial Court No. E-23-04-0504-FM.

Vs. No. 11-23-00141-CV

\* August 31, 2023

Zane Harris,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Emily Elizabeth Harris.